AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Emhart Industries, Inc.

V.

New England Container Company, Inc. Providence Washington Insurance Company and Travelers Casualty & Surety Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-218S

TO: (Name and address of Defendant)

Providence Washington Insurance Company
One Providence Washington Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

DATE 5/16/06

Barbara Barletta

(By) DEPUTY CLERK

~~#1.00~~ ~~#8.00~~

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 18, 2006 |
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Providence Washington Ins Co. Boyd Ave. East Providence

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Mary Bedard Corporate Secretary

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/18/06
Date

[Signature] Thomas Noury
Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.