RKS:JCP:dmh
295730/6/6/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

VS. Dkt. No. 06-218 S

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY AND TRAVELERS CASUALTY & SURETY COMPANY

**ENTRY OF APPEARANCE**

The undersigned attorneys hereby enter their appearance for the Defendant, Travelers Casualty & Surety Company, regarding the above-captioned matter.

R. Kelly Sheridan (#1976)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the within to be mailed, postage prepaid, on the 6th day of June, 2006 to the follow attorney of record:

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903