UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC.,<br>PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br>Defendants. | Civil Action No. 06-218-S |

**MOTION TO EXTEND TIME (CONSENTED-TO)**

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the consent of defendant, Providence Washington Insurance Company, moves that the time within which Emhart may file its opposition and supporting submissions in response to the Motion of the Defendant Providence Washington Insurance Company for Judgment on the Pleadings Pursuant to Rule 12(c) be extended to and including July 5, 2006. In support hereof, Emhart relies on the accompanying Memorandum of Law.

Emhart Industries, Inc.
By its attorney,

Craig M. Scott, Esq. (#4237) 6/9/06
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cscott@duffysweeney.com

OF COUNSEL:
Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, MA 02110
(617) 482-5470
(617) 423-1572 (facsimile)
jpirozzolo@wpmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2006, a copy of the within document was served by first class mail, postage prepaid, upon the following counsel of record:

Todd D. White, Esq.
Jaime LaPorte, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | Civil Action No. 06-218-S |

**MEMORANDUM OF LAW**
**IN SUPPORT OF PLAINTIFF'S**
**MOTION TO EXTEND TIME (CONSENTED-TO)**

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the consent of Defendant Providence Washington Insurance Company ("Provident Washington"), submits this Memorandum of Law in support of its Motion to Extend Time within which Emhart may file its opposition and supporting submissions in response to the Motion of the Defendant Providence Washington Insurance Company for Judgment on the Pleadings Pursuant to Rule 12(c). Emhart and Providence Washington have agreed that the time for filing Emhart's response should be extended to and including July 5, 2006.

Accordingly, Emhart and Providence Washington respectfully request that the period within which Emhart may file its opposition and supporting submissions in response to the

Motion of the Defendant Providence Washington Insurance Company for Judgment on the Pleadings Pursuant to Rule 12(c) be extended to and including July 5, 2006.

Emhart Industries, Inc.
By its attorney,

Craig M. Scott, Esq. (#4237) 6/9/06
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cscott@duffysweeney.com

OF COUNSEL:
Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, MA 02110
(617) 482-5470
(617) 423-1572 (facsimile)
jpirozzolo@wpmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June 2006, a copy of the within document was served by first class mail, postage prepaid, upon the following counsel of record:

Todd D. White, Esq.
Jaime LaPorte, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903