6/9/06: GRANTED ABSENT OBJECTION. USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,
Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,
Defendants.

Civil Action No. 06-218-S

**MOTION TO EXTEND TIME (CONSENTED-TO)**

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the consent of defendant, Providence Washington Insurance Company, moves that the time within which Emhart may file its opposition and supporting submissions in response to the Motion of the Defendant Providence Washington Insurance Company for Judgment on the Pleadings Pursuant to Rule 12(c) be extended to and including July 5, 2006. In support hereof, Emhart relies on the accompanying Memorandum of Law.

Emhart Industries, Inc.
By its attorney,

Craig M. Scott, Esq. (#4237) 6/9/06
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cscott@duffysweeney.com

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, District Judge
Date: 6/9/06