RKS:JCP:dmh
295735
6/6/06

RECEIVED
JUN 19 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

VS. Dkt. No. 06-218 S

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY AND TRAVELERS CASUALTY & SURETY COMPANY

**STIPULATION**

The time within which Defendant, Travelers Casualty & Surety Company, need respond to Plaintiff's Complaint may be and hereby is enlarged to July 6, 2006.

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

Attorneys for Defendant,
Travelers Casualty & Surety Company

Craig M. Scott (#4237)
Duffy Sweeney & Scott, LTD.
One Turks Head, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700 (P)
(401) 455-0701 (F)

Attorney for Plaintiff,
Emhart Industries, Inc.

DATED: 6/6/06

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06