AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Emhart Industries, Inc.

V.

New England Container Company, Inc.
Providence Washington Insurance
Company and Travelers Casualty
& Surety Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-218S

TO: (Name and address of Defendant)

New England Container Co.
c/o John Heenan
138 High Spire Road
Richboro, PA 18954

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Scott, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(410) 455-0700
(401) 455-0701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/21/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] | DATE

NAME OF SERV...

Check one ...

☐ Ser...

☐ Lef... disc...

Nan...

☐ Ret...

☐ Oth...

TRAVEL

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New England Container Co.
c/o John Heenan
138 High Spire Road
Richboro, PA 18954

2. Article Number (Transfer from service lab... 7003 2260 0006 8508 9192

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Kathleen Heenan ☐ Agent ☒ Addressee

B. Received by (Printed Name) Kathleen Heenan | C. Date of Delivery 6-23-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________________
Date Signature of Server

______________________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.