UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br>Defendants. | Civil Action No. 06-218-S |

**MOTION TO EXTEND TIME (ASSENTED-TO)**

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the assent of defendant, Travelers Casualty & Surety Company ("Travelers"), moves that the time within which Emhart may file its opposition and supporting submissions in response to the Travelers Motion to Dismiss Complaint be extended to and including August 8, 2006. In support hereof, Emhart relies on the accompanying Memorandum of Law.

Emhart Industries, Inc.
By its attorney,

Craig M. Scott cms

Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cscott@duffysweeney.com

OF COUNSEL:
Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, MA 02110
(617) 482-5470
(617) 423-1572 (facsimile)
jpirozzolo@wpmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12 day of July, 2006, a copy of the within document was served by first class mail, postage prepaid, upon the following counsel of record:

Todd D. White, Esq.
Jaime LaPorte, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

John A. Nadas, Esq.
Eric Bradford Hermanson, Esq.
Julie C. Rising, Esq.
Choate, Hall, & Stewart
Two International Place
Boston, MA 02110
Phone: (617) 248-5000
Fax: (617) 248-4000

Theresa Benson

H:\Clients\Wilcox, Pirozzolo & McCarthy\Pleadings\Motion_Extend_Time_(Travelers).doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | ) | Civil Action No. 06-218-S |

**MEMORANDUM OF LAW IN SUPPORT OF**
**PLAINTIFF'S MOTION TO EXTEND TIME (ASSENTED-TO)**

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the assent of defendant, Travelers Casualty & Surety Company ("Travelers"), submits this Memorandum of Law in support of its motion to extend the time within which Emhart may file its opposition and supporting submissions in response to the Travelers Motion to Dismiss Complaint. The opposition currently is due July 20, 2006, and Emhart and Travelers have agreed to request that the time for filing Emhart's response be extended to and including August 8, 2006.

Accordingly, Emhart and Travelers respectfully request that the period within which Emhart may file its opposition and supporting submissions in response to the Travelers Motion to Dismiss Complaint be extended to and including August 8, 2006.

Emhart Industries, Inc.
By its attorney,

Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cscott@duffysweeney.com

OF COUNSEL:
Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, MA 02110
(617) 482-5470
(617) 423-1572 (facsimile)
jpirozzolo@wpmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12 day of July 2006, a copy of the within document was served by first class mail, postage prepaid, upon the following counsel of record:

Todd D. White, Esq.
Jaime LaPorte, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

John A. Nadas, Esq.
Eric Bradford Hermanson, Esq.
Julie C. Rising, Esq.
Choate, Hall, & Stewart
Two International Place
Boston, MA 02110
Phone: (617) 248-5000
Fax: (617) 248-4000

Theresa Basso

H:\Clients\Wilcox, Pirozzolo & McCarthy\Pleadings\Memo_re_Motion_Extend_Time_(Travelers).doc