UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br>Defendants. | Civil Action No. 06-218-S |

**MOTION TO EXTEND TIME (ASSENTED-TO)**

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the assent of defendant, Travelers Casualty & Surety Company ("Travelers"), moves that the time within which Emhart may file its opposition and supporting submissions in response to the Travelers Motion to Dismiss Complaint be extended to and including August 8, 2006. In support hereof, Emhart relies on the accompanying Memorandum of Law.

Emhart Industries, Inc.
By its attorney,

Craig M. Scott cws

Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cscott@duffysweeney.com

GRANTED
WMM
William E. Smith
U.S. District Judge
7/13/06