UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., ET AL.,

Defendants.

Civil Action No. 06-218 S

**STIPULATION ON FILING OF REPLY BRIEF**

**STIPULATION**

The time for Defendant Travelers Casualty & Surety Company ("Travelers") to file its reply brief in further support of its Motion to Dismiss Plaintiffs' Complaint may be, and hereby is, enlarged to Friday, September 1, 2006.

Attorneys for Defendant,
Travelers Casualty & Surety Company,

/s/ Jason C. Preciphs

Jason C. Preciphs, Esq. (#6727)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE, LLC
10 Weybosset Street
Providence, RI 02903
Tel: (401) 521-7000
Fax: (401) 521-1328
jpreciphs@rcfp.com

John A. Nadas, Esq. (pro hac vice)
Eric Bradford Hermanson, Esq. (pro hac vice)
CHOATE, HALL & STEWART LLP
Two International Place
Boston MA 02110
Tel: (617) 248-5000

Attorney for Plaintiff,
Emhart Industries, Inc.,

/s/

Craig M. Scott, Esq. (#4237)
DUFFY, SWEENEY & SCOTT
One Turks Head, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701
cscott@duffysweeney.com

Dated: August 10, 2006

300742 – 400-282: RKS:JCP

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2006 the within *Stipulation* was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing.

Todd D. White, Esq.
Jaime J. LaPorte, Esq.
jlaporte@apslaw.com
ldunne@apslaw.com
twhite@apslaw.com

/s/ Jason C. Preciphs