# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

C.A. No. 06-218 S-LDA

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,

Defendants.

## STIPULATION

The parties hereby stipulate and agree that the Defendant, New England Container Company, Inc. shall have up to and including Friday, September 15, 2006 to answer or otherwise respond to Plaintiff's Complaint.

PLAINTIFF,

EMHART INDUSTRIES, INC.,

By Its Attorneys

DUFFY SWEENEY & SCOTT, LTD.

/s/ Craig M. Scott
Craig M. Scott (#4237)
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 FAX
cscott@duffysweeney.com

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: August 25, 2006

873392_1/3929-3

ENTER WAmm

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/29/06