# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

C.A. No. 06-218 S-LDA

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,

Defendants.

## ENTRY OF APPEARANCE

I, James W. Ryan, hereby enter my appearance on behalf of the Defendant, New England Container Company, Inc., with respect to the above-captioned matter.

NEW ENGLAND CONTAINER COMPANY, INC.,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2006, I electronically filed the ENTRY OF APPEARANCE with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Eric Bradford Hermanson, Esq.
Jaime J. LaPorte, Esq.
Jason C. Preciphs, Esq.
Craig M. Scott, Esq.
R. Kelly Sheridan, Jr., Esq.
Todd D. White, Esq.

/s/ James W. Ryan

873874_1/3929-3