**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | C.A. No. 06-218 S-LDA |

**MOTION TO ENLARGE TIME**

Defendant, New England Container Company, Inc. ("NECC") hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time in which NECC may answer or otherwise respond to the Complaint in this matter up to and including September 22, 2006. In support hereof, NECC relies on the accompanying Memorandum of Law.

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan

James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: September 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2006, I electronically filed the MOTION TO ENLARGE with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Craig M. Scott, Esq.

/s/ James W. Ryan

873258_1/3929-3