# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | C.A. No. 06-218 S-LDA |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME**

Defendant, New England Container Company, Inc. ("NECC") submits this Memorandum of Law in support of its Motion to Enlarge Time in which NECC may answer or otherwise respond to the Complaint in this matter up to and including September 22, 2006.

As grounds for this Motion, NECC asserts that NECC's parent company, Russell-Stanley Holdings, Inc., filed for protection under Chapter 11 of the Bankruptcy Code in August 2005, *In Re: Russell–Stanley Holdings, Inc. et al.,* No. 05-12339 (Bankr. D. Del.). NECC's only remaining assets are extremely limited and are, in large part, the subject of this dispute. There have been ongoing discussions with Plaintiff's counsel regarding the settlement of this dispute. Accordingly, NECC respectfully requests that the period in which NECC may file its answer or otherwise respond to the Complaint in this matter be enlarged up to and including September 22, 2006. Plaintiff's counsel has consented to this extension of time.

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys
PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: September 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2006, I electronically filed the MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Craig M. Scott, Esq.

/s/ James W. Ryan

873286_1/3929-3