# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,
Plaintiff,

v.

C.A. No. 06-218 S-LDA

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,
Defendants.

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) AND MOTION TO STAY

NOW COMES defendant New England Container Company, Inc., ("NECC"), and pursuant to Fed.R.Civ.P. 12(B)(6) moves to dismiss the Complaint against NECC. The grounds for the Motion to Dismiss and Motion to Stay are more fully stated in the accompanying Memorandum of Law.

WHEREFORE, said defendant NECC prays this Court dismiss the Complaint.

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: September 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2006, I electronically filed the MOTION TO DISMISS and MOTION TO STAY with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Craig M. Scott, Esq.

/s/ James W. Ryan



877574_1/3929-3