**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **EMHART INDUSTRIES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY**<br><br>**Defendants.** | **CIVIL ACTION NO. 06-218** |

**AFFIDAVIT OF SARAH M. MARTIN**

STATE OF CONNECTICUT )
) ss:
COUNTY OF FAIRFIELD )

**SARAH M. MARTIN,** being duly sworn, deposes and says:

1. I am over the age of 18 years, not a party hereto and reside in Somers, New York.

2. On August 18, 2006, I used the Administrative Office of the United States Courts Public Access to Court Electronic Records on-line service, known as PACER, to determine whether any civil actions pursuant to 42 U.S.C. § 9606 are currently pending against Emhart Industries, Inc. ("Emhart") regarding the Centredale Manor Superfund Site in North Providence, Rhode Island. I did not find any such actions pending against Emhart.

Sarah M. Martin

Sworn to before me this
20th day of September, 2006

Notary Public