# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,
Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,
Defendants.

C.A. No. 06-218 S-LDA

**NOTICE OF RELATED ACTION OR PROCEEDING UNDER RULE 9.1**

Pursuant to Local Rule 9.1 (Cv) New England Container Company, Inc. ("NECC") hereby notifies the court of the following pending actions which are related to this proceeding.

1. Emhart Industries, Inc. v. Home Insurance Company, C.A. No. 02-053-S (D.R.I.)

2. In the matter of Centredale Manor Superfund Site, Civil Action No, Misc. 03-114 (D. R.I.)

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: September _____, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of September, 2006, I electronically filed the NOTICE OF RELATED ACTION OR PROCEEDING UNDER RULE 9.1 with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Craig M. Scott, Esq.

/s/ James W. Ryan

877548_1/3929-3