UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,

Defendants.

Civil Action No. 06-218S

**STIPULATION**

By agreement of the parties, the time within which Plaintiff Emhart Industries, Inc. may respond to New England Container Company, Inc.'s Motion to Dismiss is hereby extended up to and including November 7, 2006. The parties also consent to the rescheduling of the hearing on the pending dispositive motions from October 19, 2006 to sometime after November 7, 2006.

**Attorneys for Plaintiff,**
**Emhart Industries, Inc.**

/s/ James W. Ryan, Esq.
James W. Ryan, Esq. (#4042)
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
401-861-82100-Fax
jwr@psh.com

**Attorneys for Defendant**
**New England Container Company, Inc.**

/s/Craig M. Scott, Esq.
Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
cscott@duffysweeney.com

OF COUNSEL:
Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-7100
rbinder@foleyhoag.com
jpirozzolo@foleyhoag.com

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/10/06

Case 1:06-cv-00218-S-LDA Document 34 Filed 10/06/2006 Page 2 of 2

**Attorneys for Defendant**
**Travelers Casualty & Surety Company**

/s/ R. Kelly Sheridan, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
401-521-7000
401-521-1328-Fax

PRO HAC COUNSEL
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart
Two International Place
Boson, MA 02110
617-248-5000

**Attorneys for Defendant**
**Providence Washington Insurance Company**

/s/ Todd D. White, Esq.
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
401-351-4607-Fax
twhite@apslaw.com

Dated: October 6, 2006