**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EMHART INDUSTRIES, INC.**
**Plaintiff(s)**

**v.** **Dkt. No. 06-218 S-LDA**

**NEW ENGLAND CONTAINER COMPANY, INC.,**
**PROVIDENCE WASHINGTON INSURANCE COMPANY**
**And TRAVELERS CASUALTY & SURETY COMPANY**
**Defendant(s)**

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Emhart Industries, Inc. hereby moves that Jack R. Pirozzolo be admitted PRO HAC VICE in the above case as counsel with local counsel identified below:

Plaintiff,
Emhart Industries, Inc.
By: Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated:

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the State of Connecticut and the Commonwealth of Massachusetts and of the UnitedStates Supreme Court, the United States Courts of Appeals for the First, Second, Third and Federal Circuits and the United States District Courts for the Districts of Massachusetts and Connecticut; and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

I have appeared pro hac vice in this District in the civil action entitled Emhart Industries, Inc. v. Home Insurance Co., et als, No. 02-053-S.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Jack R. Pirozzolo
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
617-832-1250-Phone
617-832-7000-Fax
jpirozzolo@foleyhoag.com

---

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel:

/s/ Craig M. Scott
Local Counsel
Craig M. Scott, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

---

**ORDER**

This Motion is hereby ______________________________

______________________
District Judge

Date: