UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v. Civil Action No 06-218S

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,

Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 30th day of November, 2006, true and accurate copies of the following documents:

1. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;
2. Plaintiff's Memorandum in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction;
3. Affidavit of Howard P. Goldberg in Support of Plaintiff's Memorandum in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction;
4. Supplemental Affidavit of Howard P. Goldberg in Support of Plaintiff's Memorandum in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction; and
5. Declaration of J. Ronald Hass

were sent via First Class Mail to the following:

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
Counsel for New England Container Corporation

John F.X. Peloso, Jr., Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141
Pro Hac Counsel for New England Container Corporation

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
Counsel for Travelers Casualty & Surety Company

Eric B. Hermanson, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Pro Hac Counsel for Travelers Casualty & Surety Company

Todd D. White, Esq.
Jamie LaPorte, Esq.
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Counsel for Providence Washington Insurance Company

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Counsel for Emhart Industries, Inc.

The undersigned hereby certifies that the enclosed Certificate of Service was filed through the ECF filing system.

/s/ Robert J. O'Keefe

*H:\Clients\Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Certificate of Service.doc*