UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | Civil Action No. 06-218S |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Local Rule Gen 206(e), Richard L. Binder hereby withdraws his appearance, *pro haec vice*, on behalf of plaintiff, Emhart Industries, Inc., in the above-entitled action. Emhart continues to be represented in this matter by Jack R. Pirozzolo of Foley Hoag, LLP and by Craig M. Scott of Duffy Sweeney & Scott, Ltd. Said counsel are familiar with the facts of the case and are fully prepared to address all pending matters without delaying the case.

Respectfully submitted,

/s/ Richard L. Binder
Richard L. Binder
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 832-1000
Fax: (617) 832-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2007, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard L. Binder

Richard L. Binder
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000