UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | Civil Action No 06-218S |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Robert J. O'Keefe, hereby withdraw my appearance as counsel on behalf of plaintiff, Emhart Industries, Inc., in the above-entitled matter. Craig M. Scott and the firm of Duffy Sweeney & Scott, Ltd. will continue to represent plaintiff in connection with this matter.

/s/ Robert J. O'Keefe

Robert J. O'Keefe (#6750)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, R.I. 02903
(401) 455-0700 – telephone
(401) 455-0701 – facsimile

Dated: April 19, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of April, 2007, a copy of the foregoing *Withdrawal of Appearance* was filed through the ECF system, and was served electronically to the recipients identified as registered participants on the Notice of Electronic Filing (NEF) or as specified below:

Kristen M. Etela, Esq.
John F.X. Peloso, Jr., Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141
Pro Hac Counsel for New England Container Corporation

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
Counsel for Travelers Casualty & Surety Company

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julia C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Pro Hac Counsel for Travelers Casualty & Surety Company

Todd D. White, Esq.
Jamie LaPorte, Esq.
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Counsel for Providence Washington Insurance Company

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Counsel for Emhart Industries, Inc.

/s/ Craig M. Scott

*Emhart Industries (06-218S/Pleadings\Withdrawal of Appearance RJO.doc*