UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-218S |
| | : | |
| NEW ENGLAND CONTAINER COMPANY, INC., et al, | : | |
| | : | |
| Defendants. | : | |

**OBJECTION OF BRADFORD SOAP INTERNATIONAL, INC. TO SUBPOENA DUCES TECUM ISSUED BY PLAINTIFF**

Pursuant to Fed. R. Civ. P. 45(c)(2)(B), Original Bradford Soap Works, Inc. n/k/a Bradford Soap International, Inc. (“Bradford”) hereby objects to the Subpoena Duces Tecum issued by the plaintiff on July 23, 2007, a copy of which is attached hereto.

More specifically, Bradford objects to the documents requested as follows:

**Request No. 1:** All documents referring or relating to the sale, shipment, or delivery of drums and the types of materials or residues of materials contained therein, to NECC at the Centredale Site.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope. Bradford further objects to the extent that it seeks information or documents that contain confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information.

**Request No. 2:** All documents referring or relating to the purchase, shipment, or delivery of drums from NECC to your plant(s) in New England between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope. Bradford further objects to the extent that it seeks information or documents that contain confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information.

**Request No. 3:** All documents identifying, referring or relating to, or constituting lists of materials and other substances, including petroleum products, purchased or used at your plant(s) in New England between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope. Bradford further objects to the extent that it seeks information or documents that contain confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information.

**Request No. 4:** All documents identifying, referring or relating to, or constituting lists of customers of NECC at the Centredale Site.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under

the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope. Bradford further objects to the extent that it seeks information or documents that contain confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information.

**Request No. 5:** All documents identifying, referring or relating to, or constituting lists of the products manufactured, assembled, or formulated at your plant(s) in New England between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope. Bradford further objects to the extent that it seeks information or documents that contain confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information.

**Request No. 6:** All documents identifying or referring or relating to any payments made to or received from NECC between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope.

**Request No. 7:** All documents identifying or referring or relating to waste materials generated or the disposal of waste materials at your plant(s) in New England between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope.

**Request No. 8:** All documents identifying or referring or relating to vendors who hauled, shipped, disposed of, treated, or recycled waste materials from your plant(s) in New England between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope.

**Request No. 9:** All documents identifying or referring or relating to the manner in which waste materials were accumulated or stored at your plant(s) in New England between 1948 and 1972 prior to disposal.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope.

**Request No. 10:** All documents referring or relating to chemical analysis of waste materials generated at your plant(s) in New England between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope. Bradford further objects to the extent that it seeks information or documents that contain confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information.

**Request No. 11:** All documents identifying or referring or relating to NECC.

**Obection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope.

**Request No. 12:** All documents identifying, referring or relating to, or constituting any insurance policy issued to you or any of your corporate predecessors with coverage periods spanning any time between 1948 and 1972.

**Objection:** Bradford objects to the request to the extent that it is overly broad, oppressive, unduly burdensome, expansive or beyond the permissible scope of discovery under the Federal Rules of Civil Procedure. Bradford further objects in whole to the request to the extent that it is not subject to reasonable limitation in time or scope.

BRADFORD SOAP INTERNATIONAL, INC.

By its attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Richard A. Sherman (#1190)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dsherman@eapdlaw.com

August 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2007, a true copy of the foregoing was served electronically by means of the ECF filing system to:

**Kirsten M Etela**
ketela@rc.com

**Eric Bradford Hermanson**
ebh@choate.com

**Jaime J. LaPorte**
jlaporte@apslaw.com ldunne@apslaw.com

**John A. Nadas**
jan@choate.com

**Jack R. Pirozzolo**
jpirozzolo@foleyhoag.com

**Jason C. Preciphs**
jpreciphs@rcfp.com

**James W. Ryan**
jwr@psh.com emw@psh.com

**Craig M. Scott**
cscott@duffysweeney.com
ehanson@duffysweeney.com

**R. Kelly Sheridan, Jr**
ksheridan@rcfp.com

**Todd D. White**
Twhite@apslaw.com stheriault@apslaw.com

and mailed to the following counsel of record:

John F.X. Peloso, Jr., Esq.
Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06901

Julie C. Rising, Esq.
Choate, Hall & Stewart LLP
Two International Plaza
Boston, MA 02110

Philip C. Swain, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02109

/s/ Deming E. Sherman
Deming E. Sherman