UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,
Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,
Defendants.

C.A. No. 06-218S

ORDER

Pursuant to Rule 21, it is hereby ordered that Emhart Industries, Inc.'s action against Providence Washington Insurance Company and Travelers Casualty & Surety Company ("Insurance Companies") is Severed and Stayed pending resolution of the underlying cost recovery action between Emhart and New England Container Company, Inc. ("NECC"). See Fed. R. Civ. P. 21. In the event that the relationship between NECC and the Insurance Companies either changes or is affected by a potential settlement of claims, Emhart may move to lift the stay in order to pursue any remedies it may have.

It is so ordered.

WES

William E. Smith
United States District Judge
Date: 8/15/07