**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,

Defendants.

C.A. No. 06-218 S-LDA

**MOTION TO ENLARGE TIME**

Defendant, New England Container Company, Inc. ("NECC") hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time in which NECC may answer, move, or otherwise respond to the Complaint in this matter up to and including September 17, 2007. In support hereof, NECC relies on the accompanying Memorandum of Law.

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: August 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

/s/ James W. Ryan

934807_1/3929-3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | C.A. No. 06-218 S-LDA |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME**

Defendant, New England Container Company, Inc. ("NECC") submits this Memorandum of Law in support of its Motion to Enlarge Time in which NECC may answer, move, or otherwise respond to the Complaint in this matter up to and including September 17, 2007.

In support of this Motion, NECC states that until very recently, the parties had been engaged in settlement discussions. By letter dated August 6, 2007, plaintiff indicated that the proposed settlement was not acceptable. Further, in connection with these settlement discussions, the parties had entered into a standstill agreement with respect to this case. This agreement expired in late July 2007. NECC now requires sufficient time to formulate an appropriate response to the Complaint.

DEFENDANT,

NEW ENGLAND CONTAINER COMPANY, INC.,

By Its Attorneys
PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: August 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

/s/ James W. Ryan

934816_1/3929-3