UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | Civil Action No 06-218S |

**ENTRY OF APPEARANCE**

Rachelle R. Green hereby enters her appearance on behalf of plaintiff, Emhart Industries, Inc., in the above-referenced matter.

EMHART INDUSTRIES, INC
By its Attorneys,

/s/ Rachelle R. Green

Rachelle R. Green (#5870)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)
rgreen@duffysweeney.com

Dated: August 27, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27h day of August, 2007, a copy of the foregoing *Entry of Appearance* was filed through the ECF system, and was served electronically to the recipients identified as registered participants on the Notice of Electronic Filing (NEF) or as specified below:

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
Counsel for New England Container Corporation

Kristen M. Etela, Esq.
John F.X. Peloso, Jr., Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141
Pro Hac Counsel for New England Container Corporation

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
Counsel for Travelers Casualty & Surety Company

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julia C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Pro Hac Counsel for Travelers Casualty & Surety Company

Todd D. White, Esq.
Jamie LaPorte, Esq.
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Counsel for Providence Washington Insurance Company

Jack R. Pirozzolo, Esq.
Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Counsel for Emhart Industries, Inc.

/s/ Rachelle R. Green

*H:\Clients\Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Entry Appearance RRG.doc*