**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | ) | Civil Action No. CA 06-218-S |

**PLAINTIFF EMHART INDUSTRIES, INC.'S MOTION FOR PARTIAL RELIEF OF STAY TO CONDUCT DISCOVERY AGAINST INSURANCE DEFENDANTS**

Pursuant to Local Rule cv 7, Plaintiff Emhart Industries, Inc. ("Emhart") respectfully requests limited relief of the Court's August 15, 2007 Order severing and staying this action as to Defendants Providence Washington Insurance Company ("PWIC") and Travelers Casualty & Surety Company, collectively (the "Insurers"). Specifically, Emhart seeks leave to conduct discovery of the Insurers to determine the existence of policies and coverage thereunder issued by the Insurers to defendant New England Container Company, Inc. ("NECC").

As grounds for this motion, Emhart states that the discovery sought is necessary to preserve evidence vital to Emhart's claims. Further, this discovery is necessary in light of PWIC's recent mediation proposal. In further support hereof, Emhart relies on its contemporaneously-filed Memorandum in Support of Emhart's Motion for Partial Relief of Stay to Conduct Discovery Against Insurance Defendants.

Respectfully submitted,

EMHART INDUSTRIES, INC.

By its attorneys,

/s/ Rachelle R. Green
Craig M. Scott, Esq. (#4237)
Rachelle R. Green (#5870)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

OF COUNSEL:
Jack R. Pirozzolo, Esq.
Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Fax: (617) 832-7000

Dated: November 15, 2007

**CERTIFICATE OF SERVICE**

I, Rachelle R. Green, hereby certify that a true copy of the foregoing of PLAINTIFF EMHART INDUSTRIES, INC.'S MOTION FOR RELIEF OF STAY TO CONDUCT DISCOVERY was filed through the ECF system on the 15th day of November, 2007 and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing:

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

Todd D. White, Esq.
Jamie LaPorte, Esq.
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

John F.X. Peloso, Jr., Esq.
Kirsten M. Etela, Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

Jack R. Pirozzolo, Esq.
Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

/s/ Rachelle R. Green
Rachelle R. Green

H:\Clients\Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Motion to Lift Stay.DOC