**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | CIVIL NO. 06-218 |
| | ) | |
| NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF WITHDRWAL OF APPEARANCE**

I, Kirsten M. Etela, hereby withdraw my appearance, *pro hac vice*, on behalf of defendant, New England Container Company, Inc., in the above-entitled action.

Respectfully submitted,

/s/ Kirstin M. Etela
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
ketela@rc.com

January 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2008.

/s/ James W. Ryan