# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY<br><br>Defendants. | ) | C. A. NO. 06-218-S |

**DEFENDANT NEW ENGLAND CONTAINER COMPANY, INC.'S**
**<u>MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES</u>**

Now comes the Defendant, New England Container Company, Inc. ("NECC") and moves this court to allow an extension of time to respond to plaintiff's first set of interrogatories up to and including January 25, 2008. As grounds for this motion, NECC represents that the representative of NECC who will sign the interrogatory answers on behalf of NECC is continuing to familiarize himself with the documents at issue.

NEW ENGLAND CONTAINER COMPANY, INC.

By Their Attorneys,

/s/ James W. Ryan
James W. Ryan, Esq. (#4042)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
401-861-8200
401-861-8210 (fax)
jwr@psh.com

OF COUNSEL:
John F.X. Peloso, Jr.
Robinson & Cole LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
jpeloso@rc.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

/s/ James W. Ryan



962477_1/3929-3