UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY, Defendants. | C.A. No. 06-218-S |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), plaintiff Emhart Industries, Inc. ("Emhart"), by and through undersigned counsel, hereby moves to extend the time to respond to defendant New England Container Company, Inc.'s Motion to Amend its Answer, Affirmative Defenses, and Counterclaim ("NECC's Motion to Amend"). Emhart's response to NECC's Motion to Amend is currently due on March 17, 2008. Emhart respectfully requests a one week extension within which to file a response, up to and including Monday, March 24, 2008. In support of its motion, Emhart states that NECC's counsel, John F.X. Peloso, Jr. and James W. Ryan, assent to this motion.

**Attorneys for Plaintiff,**
**New England Container Company, Inc.**

/s/ James W. Ryan, Esq.
James W. Ryan, Esq. (#4042)
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
401-861-82100-Fax
jwr@psh.com

**Attorneys for Defendant**
**Emhart Industries, Inc.**

/s/Rachelle R. Green, Esq.
Craig M. Scott, Esq. (#4237)
Rachelle R. Green, Esq. (#5870)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
cscott@duffysweeney.com
rgreen@duffysweeney.com

OF COUNSEL:

John F.X. Peloso, Jr., Esq.
Kirsten M. Etela, Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

OF COUNSEL:

Jack R. Pirozzolo, Esq.
Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-7100
jpirozzolo@foleyhoag.com

Dated: March 14, 2008

**CERTIFICATE OF SERVICE**

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Todd D. White, Esq.
Jaime J. LaPorte, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

John F.X. Peloso, Jr., Esq.
Kirsten M. Etela, Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

I hereby certify that the within *Assented to Motion to Extend Time to Respond* was filed through the ECF system on the 14th day of March, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Rachelle R. Green

*H:\Clients\Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Motion (Assented) to Extend Time 03-15-08.doc*