**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY, and TRAVELERS CASUALTY & SURETY COMPANY,

Defendants.

Civil Action No. CA 06-218-S

## JOINT MOTION TO EXTEND DEADLINES IN PRETRIAL ORDER

Plaintiff Emhart Industries, Inc. and Defendant New England Container Company, Inc. hereby move for an Order enlarging certain deadlines set forth in the Court's Pretrial Order (Dkt. #67) as set forth in the table below.

| Deadline | Present Date | Proposed Date |
|---|---|---|
| Completion of Fact Discovery | May 30, 2008 | August 31, 2008 |
| Plaintiff's Expert Disclosures | March 19, 2008 | June 19, 2008 |
| Defendants' Expert Disclosures | June 19, 2008 | September 19, 2008 |
| Completion of Expert Discovery | August 19, 2008 | November 19, 2008 |
| Filing of Dispositive Motions | September 19, 2008 | December 19, 2008 |
| Filing of Pretrial Memoranda | 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, September 19, 2008 | 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, December 19, 2008 |

In support of their motion the parties state that they need additional time for discovery because, among other reasons, this action has required more depositions and third-party discovery than originally anticipated, it concerns events and conduct more than 35 years ago, many deponents are elderly and requested documents have not been readily available, and unexpected complications were encountered in document production. Further, the parties have proceeded with great deference to scheduling of the parties,' the witness's and counsel's time. Accordingly, the parties need additional time to complete fact discovery, exchange expert reports and conduct necessary expert depositions. The dates proposed here simply move out the existing deadlines by 12 weeks while maintaining the order of proceeding as set forth in the Court's pretrial order dated November 20, 2007.

For the foregoing reasons, the parties request that the Court grant this motion to extend the schedule set in the pretrial order as requested here.

Respectfully submitted,

NEW ENGLAND CONTAINER COMPANY, INC.,

By its attorneys,

/s/ James W. Ryan
James W. Ryan (#4042)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

John F.X. Peloso, Jr. (*pro hac vice*)
ROBINSON & COLE LLP
695 East Main Street
Stamford, CT 06904
(203) 462-7500

Dated: March 19, 2008

EMHART INDUSTRIES, INC.,

By its attorneys,

/s/ Rachelle R. Green
Craig M. Scott (#4237)
Rachelle R. Green (#5870)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

Jack R. Pirozzolo (*pro hac vice*)
Philip C. Swain (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

**CERTIFICATE OF SERVICE**

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Todd D. White, Esq.
Jaime J. LaPorte, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

John F.X. Peloso, Jr., Esq.
Kirsten M. Etela, Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

I hereby certify that the within *Joint Motion to Extend Deadlines in Pretrial Order* was filed through the ECF system on the 19th day of March, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Rachelle R. Green

H:\Clients\Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Joint Motion to Extend Deadlines in Pretrial Order.DOC