**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY, and TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendants. | ) | Civil Action No. CA 06-218-S |

**JOINT MOTION TO EXTEND DEADLINES IN PRETRIAL ORDER**

Plaintiff Emhart Industries, Inc. and Defendant New England Container Company, Inc. hereby move for an Order enlarging certain deadlines set forth in the Court's Order dated March 21, 2008 pursuant to the previously-filed Joint Motion to Extend Deadlines as set forth in the table below.

| Deadline | Present Date | Proposed Date |
|---|---|---|
| Completion of Fact Discovery | August 31, 2008 | November 19, 2008 |
| Plaintiff's Expert Disclosures | June 19, 2008 | November 19, 2008 |
| Defendants' Expert Disclosures | September, 2008 | February 19, 2009 |
| Completion of Expert Discovery | November 19, 2008 | April 19, 2009 |

| Deadline | Present Date | Proposed Date |
|---|---|---|
| Settlement Conference | June 3, 2008 | After April 19, 2009 unless an earlier date is otherwise requested by the parties |
| Filing of Dispositive Motions | December 19, 2008 | May 30, 2009 |
| Filing of Pretrial Memoranda | 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, Dec. 19, 2008 | Same |

In support of their motion the parties state that they need additional time for discovery because, among other reasons, this action has required more depositions and third-party discovery than originally anticipated, it concerns events and conduct more than 35 years ago, many deponents are elderly and requested documents have not been readily available, and unexpected complications were encountered in document production. Further, the parties have proceeded with great deference in scheduling the time of third parties, witnesses and counsel for witnesses. Accordingly, the parties need additional time to complete fact discovery, exchange expert reports and conduct necessary expert depositions. The extension will facilitate the ability of counsel for the parties to proceed harmoniously and with due consideration of their respective schedules as well as consideration of the schedules of third parties and their counsel. The dates proposed here move out the existing deadlines to more realistic dates to properly prepare the case for adjudication, while maintaining the order of proceeding as set forth in the Court's original order extending the deadlines on March 21, 2008. Further, no trial date has been set.

For the foregoing reasons, the parties request that the Court grant this motion to extend the schedule set in the pretrial order as requested here.

Respectfully submitted,

NEW ENGLAND CONTAINER COMPANY, INC.,

By its attorneys,

/s/ James W. Ryan
James W. Ryan (#4042)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

John F.X. Peloso, Jr. (*pro hac vice*)
ROBINSON & COLE LLP
695 East Main Street
Stamford, CT 06904
(203) 462-7500

EMHART INDUSTRIES, INC.,

By its attorneys,

/s/ Rachelle R. Green
Craig M. Scott (#4237)
Rachelle R. Green (#5870)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

Jack R. Pirozzolo (*pro hac vice*)
Philip C. Swain (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 27, 2008

**CERTIFICATE OF SERVICE**

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

John F.X. Peloso, Jr., Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

Todd D. White, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

I hereby certify that the within *Joint Motion to Extend Deadlines in Pretrial Order* was filed through the ECF system on the 27th day of May, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Rachelle R. Green

Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Joint Motion to Extend Deadlines in Pretrial Order 05-27-08