UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br>Plaintiff,<br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC., TRAVELERS CASUALTY & SURETY COMPANY and PROVIDENCE WASHINGTON INSURANCE COMPANY,<br>Defendants. | ) | C.A. No. 06-218S |

**ENTRY OF APPEARANCE**

Katy A. Hynes of Adler Pollock and Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903, hereby enters her appearance on behalf of Defendant, Providence Washington Insurance Company.

/s/ Katy A. Hynes
Katy Hynes, Esq. #6659
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. No. (401) 274-7200
Fax No. (401) 351-4607
Dated: May 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, a copy of the within was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Katy A. Hynes

456056_1.doc