# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-218 S |
| | ) | |
| NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL – JOHN R. BAUER**

I hereby enter the withdrawal of John R. Bauer as counsel for the defendant, New England Container Company, Inc. in respect to the above-entitled case. All defendants will continue to be represented by counsel.

NEW ENGLAND CONTAINER
COMPANY, INC.

/s/ James W. Ryan
James W. Ryan, Esq. (#4042)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
jwr@psh.com

OF COUNSEL:
John F.X. Peloso, Jr.
Robinson & Cole LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
jpeloso@rc.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 29, 2008.

/s/ James W. Ryan

984879_1/3929-3