**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, | ) | Civil Action No. CA 06-218-S |
| v. | ) | Jury Trial Demanded |
| NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY, Defendants. | ) | |

**AFFIDAVIT OF RACHELLE R. GREEN**

I, Rachelle R. Green, on oath depose and say:

1. I am an attorney at Duffy Sweeney & Scott Ltd., counsel for Emhart Industries, Inc. in this action. I am duly admitted to practice in the District of Rhode Island.

2. Attached as Exhibit A is a true copy of the Memorandum of Law in Support of Defendant Providence Washington Insurance Company's Motion to Dismiss Plaintiff's Complaint, Emhart Industries, Inc. v. New England Container Company, Inc. et al., Rhode Island Superior Court C.A. No. PC 06-6095.

3. Attached as Exhibit B is a true copy of the Memorandum of Law in Support of Motion to Dismiss Complaint Against Travelers Casualty and Surety Company, Emhart Industries, Inc. v. New England Container Company, Inc. et al., Rhode Island Superior Court C.A. No. PC 06-6095.

4. Attached as Exhibit C is a true copy of Travelers Casualty and Surety Company's Reply to Plaintiff's Objection to Motion to Dismiss Complaint, Emhart Industries, Inc. v. New England Container Company, Inc. et al., Rhode Island Superior Court C.A. No. PC 06-6095.

5. Attached as Exhibit D is a true copy of the Plaintiff's Memorandum of Law in Support of its Objection to Defendant Providence Washington Insurance Company's Motion to Dismiss Plaintiff's Complaint, Emhart Industries, Inc. v. New England Container Company, Inc. et al., Rhode Island Superior Court C.A. No. PC 06-6095.

6. Attached as Exhibit E is a true copy of Plaintiff's Memorandum in Support of its Objection to Defendant Travelers Casualty & Surety Company's Motion to Dismiss Plaintiff's Complaint, Emhart Industries, Inc. v. New England Container Company, Inc. et al., Rhode Island Superior Court C.A. No. PC 06-6095.

Rachelle R. Green

Dated: June 12, 2008

## CERTIFICATE OF SERVICE

Todd D. White, Esq.
Katy A. Hynes, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

John F.X. Peloso, Jr., Esq.
Richard M. Fil, Esquire
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

I hereby certify that the within *Affidavit of Rachelle R. Green* was filed through the ECF system on the 12th day of June 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Rachelle R. Green

H:\Clients\Emhart Industries, Inc\New England Container Corp. (NECC) (06-218) USDC\Pleadings\Affidavit of Rachelle R Green.DOC