**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. NEW ENGLAND CONTAINER COMPANY, INC., PROVIDENCE WASHINGTON INSURANCE COMPANY and TRAVELERS CASUALTY & SURETY COMPANY, Defendants. | Civil Action No. CA 06-218-S<br>Jury Trial Demanded |

**MOTION OF EMHART INDUSTRIES, INC. FOR LEAVE TO RESPOND TO THE SUPPLEMENTAL SUBMISSION OF TRAVELERS CASUALTY AND SURETY COMPANY REGARDING DISMISSAL OR STAY OF DIRECT ACTION CLAIMS**

Plaintiff Emhart Industries, Inc. ("Emhart") moves for leave to file a response to the Supplemental Submission of Travelers Casualty and Surety Company ("Travelers") Regarding Dismissal or Stay of Direct Action Claims, Docket No. 83 ( the "Travelers Brief").

Emhart believes that the Travelers Brief mischaracterizes the actions and rulings of the State Court in the parallel Rhode Island Superior Court proceedings. Travelers represents that the Superior Court decision was not based on R.I. Gen. L. § 27-7-2, Rhode Island's direct action statute. This is incorrect. The Travelers Brief also misconstrues the recent Rhode Island state

court decision in Taraco v. FW Realty, 2008 R.I. Super. LEXIS (Jan. 7, 2008). Emhart's proposed filling will address these misstatements or mischaracterizations.

Respectfully submitted,

EMHART INDUSTRIES, INC.

By its attorneys,

/s/ Rachelle R. Green
Craig M. Scott (#4237)
Rachelle R. Green (#5870)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

Jack R. Pirozzolo (*pro hac vice*)
Philip C. Swain (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: July 8, 2008

**CERTIFICATE OF SERVICE**

Todd D. White, Esq.
Katy A. Hynes, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02093-1345

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Eric B. Hermanson, Esq.
John A. Nadas, Esq.
Julie C. Rising, Esq.
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

John F.X. Peloso, Jr., Esq.
Richard M. Fil, Esq.
John R. Bauer, Esq.
Robinson & Cole
695 East Main Street
Stamford, CT 06901-2141

I hereby certify that the within *MOTION OF EMHART INDUSTRIES, INC. FOR LEAVE TO RESPOND TO THE SUPPLEMENTAL SUBMISSION OF TRAVELERS CASUALTY AND SURETY COMPANY REGARDING DISMISSAL OR STAY OF DIRECT ACTION CLAIMS* was filed through the ECF system on the 8th day of July, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Rachelle R. Green