UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONTAINER CO., INC., ET AL.<br><br>Defendants. | Civil Action No. 06-218 S |

**OPPOSITION OF TRAVELERS CASUALTY & SURETY CO.
TO EMHART'S MOTION FOR LEAVE TO RESPOND
TO SUPPLEMENTAL SUBMISSION**

The Travelers Casualty and Surety Company ("Travelers") opposes the Motion of Emhart Industries, Inc. ("Emhart") for Leave to Respond to Travelers Supplemental Submission Regarding Dismissal or Stay of Direct Action Claims ("Motion"), and states as follows:

1. At the May 29, 2008 Status Conference, this Court granted permission for each party to submit a *single, brief* memorandum in connection with Travelers Motion to Dismiss Counts VII, IX, and XI of Emhart's Complaint ("Tr. Mot.") [Dkt No. 12], its Reply Brief on Motion to Dismiss ("Tr. Reply") [Dkt. No. 28], and its Opposition to Emhart's Motion to Lift Stay and Conduct Discovery ("Tr. Opp. Stay Mot.") [Dkt. No. 80].

2. These motions have already been fully briefed. Thus, Travelers understood the Court's permission to be limited to a single submission, focusing solely on new issues that have emerged since mid-2006, when the Court first heard argument on Travelers Motion. In

its submission, Travelers did its best – and understood that Emhart also would be doing its best – to identify, anticipate and refute all of the arguments that could be made, by either party, with respect to these new issues and authority.

3. Emhart now seeks to file a "response" to Travelers filing – essentially, opening up a whole new round of briefing, with both parties trying to one-up each other and to demand the last word. The new round of briefing that Emhart seeks is wholly unnecessary. All of the matters that Emhart proposes to address in its "response" have already been – or should already have been – briefed in the parties' original and supplemental submissions. To the extent that there is any disagreement as to whether Judge Hurst's decision was (or was not) based on R.I.G.L. § 27-7-2, the Court can resolve that disagreement, without further briefing, by referring to the transcripts that the parties have already provided. To the extent the Court wants to consider, or attempt to construe, the state Superior Court decision in Taraco, it can do so by looking at the Taraco decision itself.

4. Travelers urges, therefore, that Emhart's request for additional briefing be denied. In the alternative, however, if the Court allows Emhart to file a new brief, Travelers requests the same opportunity for itself.

Respectfully submitted,

THE TRAVELERS CASUALTY AND
SURETY COMPANY,

/s/ R. Kelly Sheridan

R. Kelly Sheridan, Esq., Bar No. 1976
Jason C. Preciphs, Esq., Bar No. 6727
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE, INC.
10 Weybosset Street
Providence, RI 02903
Tel: (401) 521-7000
Fax: (401) 521-1328

<u>Of counsel:</u>

John A. Nadas (pro hac vice)
Eric Bradford Hermanson (pro hac vice)
Choate, Hall & Stewart
Two International Place
Boston, MA 02110
Phone: (617) 248-5000
Fax: (617) 248-4000

Dated: July 11, 2008

**CERTIFICATION OF SERVICE**

I hereby certify that on this 11TH day of July, 2008, a copy of the within has been filed electronically through the CM/ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Rachelle R. Green, Esq.: rgreen@duffysweeney.com, lspink@duffysweeney.com

John F.X. Peloso, Jr., Esq.: jpeloso@rc.com

Jack R. Pirozzolo, Esq.: jpirozzolo@foleyhoag.com

James W. Ryan, Esq.: jwr@psh.com, emw@psh.com

Craig M. Scott, Esq.: cscott@duffysweeney.com

Philip C. Swain, Esq.: pswain@foleyhoag.com

Todd D. White, Esq.: Twhite@apslaw.com, stheriault@apslaw.com

Katy A. Hynes: khynes@apslaw.com

**Service via First-Class Mail will be delivered to:**

John R Bauer
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

Richard M Fil
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

/s/ Jason C. Preciphs