(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Emhart Industries, Inc.
Plaintiff(s)

v.

New England Container Company, Inc., Providence Washington Insurance Company and Travelers Casualty & Surety Company
Defendant(s)

Dkt. No. CA 06-218-S

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant New England Container Company, Inc. hereby moves that James P. Ray be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ James W. Ryan
Signature of Local Counsel

James W. Ryan
Print Name

RI Bar ID # 4042

Partridge Snow & Hahn LLP
Firm and Business Address
180 South Main Street
Providence, RI 02903

Email: jwr@psh.com

Tel. # 401.861.8200

Fax # 401.861.8210

## ORDER

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date