(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Emhart Industries, Inc.
           Plaintiff(s)

v.                                                           Dkt. No. 1:06-cv-00218-S-LDA

New England Container Company, Inc., et al.
           Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Providence Washington Insurance Company, Inc hereby moves that

Louis H. Kozloff be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Todd D. White
Signature of Local Counsel

Todd D. White
Print Name

Adler Pollock & Sheehan P.C.
Firm and Business Address

One Citizens Plaza, 8th Floor

Providence, RI 02903-1345

RI Bar ID # 5943

Email: twhite@apslaw.com

Tel. # 401-274-7200

Fax # 401-751-0604

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____                      _____
District Judge                                                                        Date