UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff, Cross-Plaintiff, Third-Party Plaintiff and Counter-Defendant<br><br>v.<br><br>NEW ENGLAND CONTAINER COMPANY, INC. ET AL.,<br><br>Defendants, Counter-Plaintiffs, and Third-Party Plaintiffs, | C.A. NO. 06-218-S |

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff, Cross-Plaintiff, Third-Party Plaintiff and Counter-Defendant<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE, ET AL.,<br><br>Defendants, Counter-Plaintiffs, Cross-Plaintiffs, and Third-Party Plaintiffs,<br><br>v.<br><br>BLACK AND DECKER INC.,<br><br>Counter-Plaintiffs, Cross-Plaintiffs, Third-Party Plaintiffs and Third-Party Defendant,<br><br>v.<br><br>A. HARRISON & CO., Inc., ET AL.,<br><br>Third-Party Defendants, | C.A. NO. 11-023-S |

v.

BASF CORP.,

Cross-Defendant and Fourth-Party Plaintiff

v.

ROHM AND HAAS COMPANY,

Fourth-Party Defendant

**HENKEL CORPORATION'S ANSWER AND DEFENSES TO EMHART INDUSTRIES, INC. AND BLACK & DECKER INC.'S SECOND AMENDED THIRD-PARTY COMPLAINT AND CROSS-CLAIM**

Third-Party Defendant Henkel Corporation ("Henkel") hereby answers Emhart Industries, Inc. and Black & Decker Inc.'s (collectively, "Emhart") Second Amended Third-Party Complaint and Cross-Claim as follows:

## INTRODUCTION

1. The allegations in Paragraph 1 of the Second Amended Third-Party Complaint are conclusory and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 1 of the Second Amended Third-Party Complaint.

2. Henkel denies the allegations in Paragraph 2 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

3. The allegations in Paragraph 3 of the Second Amended Third-Party Complaint are conclusory and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 3 of the Second Amended Third-Party Complaint.

## JURISDICTION AND VENUE

4. Paragraph 4 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required.

5. Paragraph 5 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required.

6. Paragraph 6 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 6 of the Second Amended Third-Party Complaint.

## PARTIES

### Third-Party Plaintiff & Cross-Plaintiff

7. The allegations in Paragraph 7 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 7 of the Second Amended Third-Party Complaint.

### Third-Party Defendants & Cross-Defendants

8. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

9. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

10. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

11. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

12. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

13. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

14. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

15. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

16. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

17. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

18. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

19. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

20. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

21. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

22. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

23. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

24. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

25. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

26. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

27. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

28. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

29. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

30. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

31. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

32. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

33. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

34. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

35. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

36. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

37. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

38. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

39. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

40. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

41. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

42. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

43. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

44. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

45. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

46. Henkel denies each and every allegation in Paragraph 46 of the Second Amended Third-Party Complaint.

47. Henkel admits the allegations in Paragraph 47 of the Second Amended Third-Party Complaint.

48. Paragraph 48 of the First Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 48 of the First Amended Third-Party Complaint.

49. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

50. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

51. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

52. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

53. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

54. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

55. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

56. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

57. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

58. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

59. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

60. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

61. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

62. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

63. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

64. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

65. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

66. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

67. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

68. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

69. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

70. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

71. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

72. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

73. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

74. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

75. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

76. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

77. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

78. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

79. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

80. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

81. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

82. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

83. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

84. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

## SITE, ADMINISTRATIVE, AND PROCEDURAL BACKGROUND

### The Site

85. The allegations in Paragraph 85 of the Second Amended Third-Party Complaint are conclusory and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 85 of the Second Amended Third-Party Complaint.

86. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

### New England Container Company's Operations at the Site

87. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

88. Henkel denies the allegations in Paragraph 88 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

89. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

90. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

91. Henkel denies the allegations in Paragraph 91 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

92. Henkel denies the allegations in Paragraph 92 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

93. Henkel denies the allegations in Paragraph 93 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

94. Henkel denies the allegations in Paragraph 94 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

95. Henkel denies the allegations in Paragraph 95 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

96. Henkel denies the allegations in Paragraph 96 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

97. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

98. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

99. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

100. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Operations Upstream of the Site**

101. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

102. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

103. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

104. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

105. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

106. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**EPA Investigation and Enforcement Activities at the Site**

107. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

108. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

109. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

110. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

111. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

112. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 112 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

113. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

114. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

115. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

116. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 116 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

117. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Site-Related Litigation**

118. The allegations in Paragraph 118 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

119. The allegations in Paragraph 119 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

120. The allegations in Paragraph 120 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 120 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

121. The allegations in Paragraph 121 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

122. The allegations in Paragraph 122 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

123. The allegations in Paragraph 123 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

124. The allegations in Paragraph 124 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

125. The allegations in Paragraph 125 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

126. The allegations in Paragraph 126 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

127. The allegations in Paragraph 127 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

128. The allegations in Paragraph 128 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

129. The allegations in Paragraph 129 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 129 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

130. The allegations in Paragraph 130 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

131. The allegations in Paragraph 131 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

132. The allegations in Paragraph 132 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

133. The allegations in Paragraph 133 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

134. The allegations in Paragraph 134 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

135. The allegations in Paragraph 135 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

136. The allegations in Paragraph 136 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

137. The allegations in Paragraph 137 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

138. The allegations in Paragraph 138 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 138 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

139. The allegations in Paragraph 139 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

140. The allegations in Paragraph 140 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

141. The allegations in Paragraph 141 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 141 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

142. The allegations in Paragraph 142 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 142 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

143. Paragraph 143 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 143 of the Second Amended Third-Party Complaint as stated and further avers that the referenced Consent Decree and Court order speak for themselves.

144. The allegations in Paragraph 144 of the Second Amended Third-Party Complaint are conclusory and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 144 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and further avers that the referenced First Amended Third-Party Complaint and Cross-Claim speaks for itself.

## DISCOVERY OF UPSTREAM CONTAMINATION SOURCES

### Pre-Remedy Design Sampling and Investigation

145. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 145 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

146. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

147. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 147 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

148. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

149. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 149 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

150. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 150 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

151. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 151 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

152. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Ongoing Sampling and Investigative Efforts**

153. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 153 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

154. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 154 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

155. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 155 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

156. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 156 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

## NECC CUSTOMER DEFENDANT BACKGROUND

### Allegations Regarding A. Harrison

157. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 157 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

158. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

159. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

160. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 160 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

161. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 161 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

162. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 162 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding BASF**
**(The Geigy Companies)**

163. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 163 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

164. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 164 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

165. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 165 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

166. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

167. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

168. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

169. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 169 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding BASF**
**(Paragon Chemicals)**

170. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

171. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

172. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 172 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

173. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

174. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

175. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 175 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

176. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding BNS / Hexagon**
**(Brown & Sharpe)**

177. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 177 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

178. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 178 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

179. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 179 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

180. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 180 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

181. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 181 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

182. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 182 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

183. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 183 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

184. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding CNA Holdings (American Hoechst)**

185. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 185 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

186. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

187. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

188. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 188 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

189. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 189 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

190. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 190 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

191. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 191 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Cranston Print Works**

192. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 192 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

193. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 193 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

194. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 194 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

195. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 195 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

196. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

197. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 197 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Cranston Print Works
(Bercen Chemicals)**

198. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

199. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 199 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

200. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 200 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

201. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 201 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

202. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 202 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

203. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 203 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

204. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Duro Textiles**
**(Duro Finishing)**

205. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

206. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

207. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 207 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

208. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 208 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

209. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

210. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

211. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 211 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

212. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 212 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

213. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 213 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

214. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 214 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Eastern Color & Chemical**

215. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 215 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

216. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 216 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

217. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 217 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

218. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 218 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

219. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 219 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

220. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 220 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Eastern Resins**
**(Cardinal Chemicals)**

221. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 221 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

222. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 222 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

223. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 223 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

224. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 224 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

225. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 225 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

226. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 226 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

227. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Exxon**
**(Esso Oil)**

228. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

229. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

230. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

231. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 231 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

232. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 232 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

233. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 233 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

234. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 234 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Henkel**
**(Tanner)**

235. Henkel denies each and every allegation in Paragraph 235 of the Second Amended Third-Party Complaint.

236. Henkel denies each and every allegation in Paragraph 236 of the Second Amended Third-Party Complaint.

237. Henkel denies each and every allegation in Paragraph 237 of the Second Amended Third-Party Complaint.

238. Henkel denies each and every allegation in Paragraph 238 of the Second Amended Third-Party Complaint.

239. Henkel denies each and every allegation in Paragraph 239 of the Second Amended Third-Party Complaint.

240. Henkel denies each and every allegation in Paragraph 240 of the Second Amended Third-Party Complaint.

241. Henkel denies each and every allegation in Paragraph 241 of the Second Amended Third-Party Complaint.

**Allegations Regarding Indusol**
**(Industrial Solvents & Chemicals)**

242. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 242 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

243. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 243 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

244. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 244 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

245. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 245 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

246. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 246 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

247. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 247 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

248. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 248 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding IVAX**
**(U.S. Oil)**

249. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 249 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

250. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 250 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

251. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 251 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

252. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 252 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

253. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 253 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

254. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 254 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

255. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 255 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Olin**
**(Wayland Chemical)**

256. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

257. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 257 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

258. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 258 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

259. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 259 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

260. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 260 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

261. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 261 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

262. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 262 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Organic Dyestuffs**
**(Organic Chemical)**

263. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 263 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

264. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 264 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

265. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 265 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

266. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 266 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

267. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 267 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

268. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 268 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

269. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 269 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Phibro**
**(Philipp Brothers Chemicals)**

270. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 270 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

271. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 271 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

272. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 272 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

273. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 273 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

274. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 274 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

275. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 275 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

276. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 276 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Sequa**
**(The Warwick Companies)**

277. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 277 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

278. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 278 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

279. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 279 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

280. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 280 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

281. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 281 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

282. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 282 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

283. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 283 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Teknor Apex Co.**
**(The Teknor Companies)**

284. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 284 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

285. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 285 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

286. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 286 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

287. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

288. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 288 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

289. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 289 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding New Original Bradford (Original Bradford)**

290. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 290 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

291. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 291 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

292. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 292 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

293. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 293 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

294. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 294 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

295. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 295 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

296. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 296 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Union Oil**
**(The AMSCO Companies)**

297. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 297 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

298. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 298 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

299. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 299 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

300. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 300 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

301. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 301 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

302. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 302 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

303. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 303 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Worcester Company**

304. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 304 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

305. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 305 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

306. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 306 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

307. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 307 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

308. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 308 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

309. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 309 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding NECC Arranger Orphan Shares**

310. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 310 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

311. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 311 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

312. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 312 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

313. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 313 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

314. Paragraph 314 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 314 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

315. Paragraph 315 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 315 of the Second Amended Third-Party Complaint.

316. Paragraph 316 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 316 of the Second Amended Third-Party Complaint.

**Allegations Regarding NECC Transporter Orphan Shares**

317. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 317 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

318. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 318 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

319. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 319 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

320. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 320 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

321. Paragraph 321 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 321 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

322. Paragraph 322 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 322 of the Second Amended Third-Party Complaint.

323. Paragraph 323 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 323 of the Second Amended Third-Party Complaint.

**Allegations Regarding NECC Orphan Share**

324. Paragraph 324 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 324 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

325. Paragraph 325 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 325 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

326. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 326 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

327. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 327 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

328. Paragraph 328 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 328 of the Second Amended Third-Party Complaint.

329. Paragraph 329 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 329 of the Second Amended Third-Party Complaint.

## UPSTREAM DEFENDANT BACKGROUND

### Allegations Regarding BNS / Hexagon (Brown & Sharpe)

330. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 330 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

331. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 331 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

332. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 332 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

333. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 333 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

334. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 334 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

335. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 335 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

336. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 336 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

337. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 337 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

338. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 338 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

339. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 339 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

340. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 340 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

341. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 341 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

342. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 342 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Evans Plating**

343. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 343 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

344. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 344 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

345. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 345 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

346. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 346 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

347. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 347 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

348. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 348 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

349. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 349 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

350. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 350 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

351. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 351 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

352. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 352 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Greystone**
**(The Greystone Companies / Brown & Sharpe)**

353. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 353 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

354. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 354 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

355. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 355 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

356. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 356 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

357. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 357 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

358. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 358 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

359. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 359 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

360. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 360 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

361. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 361 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

362. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 362 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

363. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 363 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

364. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 364 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

365. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 365 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Induplate**

366. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 366 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

367. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 367 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

368. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 368 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

369. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 369 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

370. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 370 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

371. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 371 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

372. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 372 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

373. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 373 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

374. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 374 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

375. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 375 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

376. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 376 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Induplate Operations**

377. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 377 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

378. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 378 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

379. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 379 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

380. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 380 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

381. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 381 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

382. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 382 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

383. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 383 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

384. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 384 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

385. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 385 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

386. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 386 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

387. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 387 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Worcester Company**

388. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 388 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

389. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 389 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

390. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 390 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

391. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 391 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

392. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 392 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

393. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 393 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

394. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 394 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

395. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 395 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

396. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 396 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

397. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 397 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

398. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 398 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

**Allegations Regarding Upstream Orphan Shares**

399. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 399 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

400. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 400 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

401. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 401 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

402. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 402 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

403. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 403 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

404. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 404 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

405. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 405 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

406. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 406 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

407. Paragraph 407 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 407 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

408. Paragraph 408 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 408 of the Second Amended Third-Party Complaint.

409. Paragraph 409 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 409 of the Second Amended Third-Party Complaint.

## ELI LILLY BACKGROUND

### Allegations Regarding Eli Lilly

410. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 410 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

411. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 411 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

412. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 412 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

413. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 413 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

414. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 414 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

415. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 415 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

416. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 416 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

417. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 417 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

418. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 418 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

419. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 419 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

420. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 420 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

421. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 421 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

## DAMAGES

422. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 422 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

423. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 423 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

424. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 424 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

425. Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 425 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

## CERCLA PRIMA FACIE ELEMENTS

### NECC Customer Defendants and Related Orphans

426. Paragraph 426 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 426 of the Second Amended Third-Party Complaint.

427. Henkel denies the allegations in Paragraph 427 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 427 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

428. Paragraph 428 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 428 of the Second Amended Third-Party Complaint.

429. Henkel denies the allegations in Paragraph 429 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 429 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

430. Henkel denies the allegations in Paragraph 430 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 430 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

431. Henkel denies the allegations in Paragraph 431 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form

a belief as to the truth of the allegations in Paragraph 431 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

**Upstream Defendants and Related Orphans**

432. Paragraph 432 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 432 of the Second Amended Third-Party Complaint.

433. Paragraph 433 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 433 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

434. The allegations in Paragraph 434 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 434 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

435. The allegations in Paragraph 435 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 435 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

436. The allegations in Paragraph 436 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is

required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 436 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

437. The allegations in Paragraph 437 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 437 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 437 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

438. The allegations in Paragraph 438 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 438 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 438 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

439. The allegations in Paragraph 439 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 439 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 439 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

**Eli Lilly**

440. Paragraph 440 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 440 of the Second Amended Third-Party Complaint.

441. Paragraph 441 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 441 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

442. The allegations in Paragraph 442 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 442 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

443. The allegations in Paragraph 443 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 443 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

444. The allegations in Paragraph 444 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 444 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

445. The allegations in Paragraph 445 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 445 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

446. The allegations in Paragraph 446 of the Second Amended Third-Party Complaint are not directed against Henkel and, therefore, no response is required. To the extent a response is required, Henkel lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 446 of the Second Amended Third-Party Complaint and, on that basis, denies each and every allegation contained therein.

## FIRST PURPORTED CLAIM FOR RELIEF

### CERCLA Contribution

447. Henkel incorporates by reference, as if fully set forth herein, each of its responses to Paragraphs 1 through 446 of the Second Amended Third-Party Complaint.

448. Henkel admits the allegations in Paragraph 448 of the Second Amended Third-Party Complaint.

449. Henkel denies the allegations in Paragraph 449 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 449 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

## SECOND PURPORTED CLAIM FOR RELIEF

### CERCLA Cost Recovery

450. Henkel incorporates by reference, as if fully set forth herein, each of its responses to Paragraphs 1 through 449 of the Second Amended Third-Party Complaint.

451. Henkel denies the allegations in Paragraph 451 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 451 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

## THIRD PURPORTED CLAIM FOR RELIEF

### CERCLA Declaratory Judgment

452. Henkel incorporates by reference, as if fully set forth herein, each of its responses to Paragraphs 1 through 451 of the Second Amended Third-Party Complaint.

453. Paragraph 453 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 453 of the Second Amended Third-Party Complaint.

454. Paragraph 454 of the Second Amended Third-Party Complaint contains legal conclusions to which no response is required. To the extent a response is required, Henkel denies the allegations in Paragraph 454 of the Second Amended Third-Party Complaint.

455. Henkel denies the allegations in Paragraph 455 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 455 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

456. Henkel denies the allegations in Paragraph 456 of the Second Amended Third-Party Complaint insofar as they pertain to Henkel and denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 456 of the Second Amended Third-Party Complaint as they pertain to the remaining defendants.

**PRAYER**

Henkel denies that Emhart is entitled to the relief requested in the Second Amended Third-Party Complaint.

**SEPARATE DEFENSES**

As and for separate and additional defenses to Emhart's purported claim, without conceding that it bears the burden of proof or persuasion as to any of the issues raised in these defenses, Henkel alleges as follows:

1. The Second Amended Third-Party Complaint fails to state a claim upon which relief can be granted.

2. Emhart's claims are barred, in whole or in part, by the applicable statutes of limitations.

3. Emhart's claims are barred, in whole or in part, by the doctrine of laches and undue delay in giving notice to Henkel of the matters alleged in the Second Amended Third-Party Complaint and in commencing this litigation.

4. Emhart's claims are barred, in whole or in part, by the doctrines of claim preclusion or issue preclusion, or both.

5. Emhart's claims are barred, in whole or in part, by the doctrine of *res judicata*.

6. Emhart's claims are barred, in whole or in part, because the release or threatened release of hazardous substances alleged in the Second Amended Third-Party Complaint, if any, was

caused by the acts or omissions of third-parties that Henkel neither controlled nor had the right to control, including Emhart, the United States, co-defendants and past owners, operators and occupants of the site.

7. In the event Henkel is held responsible for any of the costs or damages alleged in the Second Amended Third-Party Complaint, Henkel's liability is limited to its fair and equitable share of the alleged costs or damages.

8. Any damages or injuries alleged to have resulted from any alleged act or omissions of Henkel and/or its predecessors in interest are separate and divisible from the action of other entities, including Emhart.

9. Emhart's claims are barred, in whole or in part, by the doctrine of unclean hands, including Emhart's disposal of hazardous substances at and around the site.

10. Emhart's claims are barred, in whole or in part, by the doctrine of equitable estoppel.

11. Emhart's claims are barred, in whole or in part, by the doctrine of waiver as a result of acts, conduct and omissions attributable to Emhart, its agents, licensees and permittees.

12. Emhart's claims are barred, in whole or in part, because Emhart would be unjustly enriched if it were to prevail on its claims.

13. Emhart's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

14. Emhart's claims are barred, in whole or in part, as a result of its failure to join indispensable parties.

15. Emhart failed to take reasonable action to mitigate the injury and damage alleged in the Second Amended Third-Party Complaint. Accordingly, the amount of damages to which Emhart

is entitled, if any, must be reduced by the amount of damages which would have otherwise been mitigated.

16. Emhart's claims are barred, in whole or in part, because the response costs sought by Emhart are inconsistent with the National Contingency Plan.

17. Emhart's claims are barred because Emhart has not incurred any recoverable response costs.

18. Emhart's claims are subject to setoff and recoupment and must be reduced accordingly.

19. Emhart's claims are barred, in whole or in part, because if Henkel is found liable for any release at the site, such release was *de minimis* and was not the cause of any injury or damage to Emhart.

20. The Second Amended Third-Party Complaint fails to state a claim or facts sufficient to support a claim for attorneys' fees.

21. Henkel intends to rely upon such other defenses as may become legally available hereafter or become apparent during discovery proceedings, and hereby reserves its right to amend this answer to assert any such defenses.

WHEREFORE, Henkel denies that Emhart is entitled to any legal, equitable, or other relief and prays for judgment on the Second Amended Third-Party Complaint as follows:

1. That Emhart take nothing by reason of its Third-Party Complaint and that judgment be entered in favor of Henkel;

2. That Henkel be awarded its costs of suit incurred in defense of this action; and

3. For such other and further relief as the Court deems proper.

Respectfully submitted,
Henkel Corporation,
By Its Attorneys,

*/s/ Monica R. Nelson*

Monica R. Nelson, Rhode Island Bar No. 8720
Berj K. Parseghian, Admitted *Pro Hac Vice*
Philip J. O'Rourke, Admitted *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Citizens Plaza, Suite 1120
Providence, RI 02903
Phone: (401) 406-3311
Fax: (401) 406-3312
Monica.Nelson@lewisbrisbois.com
Berj.Parseghian@lewisbrisbois.com
Philip.O'Rourke@lewisbrisbois.com

Dated: September 18, 2020

**CERTIFICATE OF SERVICE**

I, Monica R. Nelson hereby certify that on this 18th day of September, 2020, I served a copy of the foregoing on All Counsel of Record via ECF.

*/s/ Monica R. Nelson*
Monica R. Nelson